Submitted on record and briefs October 2, reversed and remanded with instructions October 19, 1983

## WAYNE L. PITTS,
*Appellant,*

*v.*

## CUPP,
*Respondent.*

(133,389; CA A27711)

670 P2d 237

Candace Reed and Michael Curtis, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Roy Pulvers, Assistant Attorney General, Salem, filed the brief for appellant.

Before Richardson, Presiding Judge, and Van Hoomissen and Newman, Judges.

PER CURIAM

## PER CURIAM

In this post-conviction proceeding brought pursuant to ORS 138.510 *et seq,* the state concedes that the court erred in dismissing the petition. We agree. Petitioner is entitled to a delayed appeal. *Daniel v. Cupp,* 54 Or App 824, 636 P2d 452 (1981), *rev den* 293 Or 103 (1982).

Reversed and remanded with instructions to allow petitioner 30 days from the date of this decision to perfect an appeal.